## United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11368-AMC |
| Richard Dang, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on April 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 6, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

**Method of Service: First Class Mail**

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Capital One Auto Finance**
c/o AIS Portfolio Services
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

**Chase Card Services**
P.O. Box 15298
Wilmington, DE 19850-5298

**Discovercard**
P.O. Box 30939
Salt Lake City, UT 84130

**Keybank N.A**
Attn: Bankruptcy Dept
127 Public Square
Cleveland, OH 44114

**Keybank N.A**
Attn: Bankruptcy Dept
4910 Tiedeman Rd
Brooklyn, OH 44144

**Navy Federal Credit Union**
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119-3000

**Sunrise Credit Services, Inc.**
Attn: Bankruptcy
P.O. Box 9004
Melville, NY 11747