

NBC Philadelphia Merchants    770 Cochituate Rd. Framingham, MA 01701
Richard Dang    1220 Federal St Philadelphia, PA 19147

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | ▮▮▮▮ | 01/25/2026 | 01/31/2026 | 02/06/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 30.00 | 1,461.56 | 34.36 | 352.90 | 0.00 | 1,074.30 |
| YTD | 230.00 | 8,769.31 | 206.16 | 2,117.28 | 0.00 | 6,445.87 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 01/25/2026 - 01/31/2026 | 0 | 0 | 76.93 | 461.58 | OASDI | 88.51 | 531.03 |
| Salary Wage | 01/25/2026 - 01/31/2026 | 30 | 34.6154 | 1,038.47 | 7,961.57 | Medicare | 20.70 | 124.19 |
| Vacation Pay | 01/25/2026 - 01/31/2026 | 10 | 34.6154 | 346.16 | 346.16 | Federal Withholding | 144.18 | 865.03 |
| | | | | | | State Tax - PA | 43.82 | 262.87 |
| | | | | | | SUI-Employee Paid - PA | 1.02 | 6.14 |
| | | | | | | City Tax - PHILA | 54.67 | 328.02 |
| Earnings | | | | 1,461.56 | 8,769.31 | Employee Taxes | 352.90 | 2,117.28 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 1.50 |
| Dental | 3.90 | 23.40 |
| Medical | 29.15 | 174.90 |
| Vision Care | 1.06 | 6.36 |
| Pretax Deductions | 34.36 | 206.16 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 1.80 | OASDI - Taxable Wages | 1,427.50 | 8,564.95 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.50 | 8,564.95 |
| | | | Federal Withholding - Taxable Wages | 1,427.50 | 8,564.95 |
| | | | State Tax Taxable Wages - PA | 1,427.50 | 8,564.95 |
| Employer Paid Benefits and Imputed Income | 0.30 | 201.80 | City Tax Taxable Wages - PHILA | 1,461.86 | 8,771.11 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Hours | 0 | 0 | 60 |
| | | | Sick Hours | 0.96 | 0 | 6.72 |
| Total Dependent Amount | 0 | | Vacation Hours | 0 | 10 | 110 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 200.30 | USD |
| Chase Save | Chase Save ******7210 | ******7210 | | 874.00 | USD |



NBC Philadelphia Merchants   770 Cochituate Rd. Framingham, MA 01701
Richard Dang   1220 Federal St Philadelphia, PA 19147

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | | 02/01/2026 | 02/07/2026 | 02/13/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 1,461.55 | 34.36 | 352.87 | 0.00 | 1,074.32 |
| YTD | 270.00 | 10,230.86 | 240.52 | 2,470.15 | 0.00 | 7,520.19 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 02/01/2026 - 02/07/2026 | 0 | 0 | 76.93 | 538.51 | OASDI | 88.50 | 619.53 |
| Salary Wage | 02/01/2026 - 02/07/2026 | 40 | 34.6154 | 1,384.62 | 9,346.19 | Medicare | 20.70 | 144.89 |
| Vacation Pay | | | 0 | | 346.16 | Federal Withholding | 144.17 | 1,009.20 |
| | | | | | | State Tax - PA | 43.81 | 306.68 |
| | | | | | | SUI-Employee Paid - PA | 1.02 | 7.16 |
| | | | | | | City Tax - PHILA | 54.67 | 382.69 |
| Earnings | | | | 1,461.55 | 10,230.86 | Employee Taxes | 352.87 | 2,470.15 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 1.75 |
| Dental | 3.90 | 27.30 |
| Medical | 29.15 | 204.05 |
| Vision Care | 1.06 | 7.42 |
| Pretax Deductions | 34.36 | 240.52 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 2.10 | OASDI - Taxable Wages | 1,427.49 | 9,992.44 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.49 | 9,992.44 |
| | | | Federal Withholding - Taxable Wages | 1,427.49 | 9,992.44 |
| | | | State Tax Taxable Wages - PA | 1,427.49 | 9,992.44 |
| Employer Paid Benefits and Imputed Income | 0.30 | 202.10 | City Tax Taxable Wages - PHILA | 1,461.85 | 10,232.96 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | Floating Hours | 0 | 0 | 70 |
| Allowances | 0 | 0 | Sick Hours | 0.96 | 0 | 7.68 |
| Total Dependent Amount | 0 | | Vacation Hours | 0 | 0 | 110 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 200.32 | USD |
| Chase Save | Chase Save ******7210 | ******7210 | | 874.00 | USD |



NBC Philadelphia Merchants    770 Cochituate Rd. Framingham, MA 01701
Richard Dang    1220 Federal St Philadelphia, PA 19147

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | ▮▮▮ | 02/08/2026 | 02/14/2026 | 02/20/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 1,461.55 | 34.36 | 352.88 | 0.00 | 1,074.31 |
| YTD | 310.00 | 11,692.41 | 274.88 | 2,823.03 | 0.00 | 8,594.50 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 02/08/2026 - 02/14/2026 | 0 | 0 | 76.93 | 615.44 | OASDI | 88.51 | 708.04 |
| Salary Wage | 02/08/2026 - 02/14/2026 | 40 | 34.6154 | 1,384.62 | 10,730.81 | Medicare | 20.70 | 165.59 |
| Vacation Pay | | | 0 | | 346.16 | Federal Withholding | 144.17 | 1,153.37 |
| | | | | | | State Tax - PA | 43.81 | 350.49 |
| | | | | | | SUI-Employee Paid - PA | 1.02 | 8.18 |
| | | | | | | City Tax - PHILA | 54.67 | 437.36 |
| Earnings | | | | 1,461.55 | 11,692.41 | Employee Taxes | 352.88 | 2,823.03 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 2.00 |
| Dental | 3.90 | 31.20 |
| Medical | 29.15 | 233.20 |
| Vision Care | 1.06 | 8.48 |
| Pretax Deductions | 34.36 | 274.88 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 2.40 | OASDI - Taxable Wages | 1,427.49 | 11,419.93 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.49 | 11,419.93 |
| | | | Federal Withholding - Taxable Wages | 1,427.49 | 11,419.93 |
| | | | State Tax Taxable Wages - PA | 1,427.49 | 11,419.93 |
| Employer Paid Benefits and Imputed Income | 0.30 | 202.40 | City Tax Taxable Wages - PHILA | 1,461.85 | 11,694.81 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Hours | 0 | 0 | 70 |
| Total Dependent Amount | 0 | | Sick Hours | 0.96 | 0 | 8.64 |
| Additional Withholding | 0 | | Vacation Hours | 0 | 0 | 110 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 1,074.31 | USD |



NBC Philadelphia Merchants    770 Cochituate Rd. Framingham, MA 01701
Richard Dang    1220 Federal St Philadelphia, PA 19147

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | ▮ | 02/15/2026 | 02/21/2026 | 02/27/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 1,461.55 | 34.36 | 352.88 | 0.00 | 1,074.31 |
| YTD | 350.00 | 13,153.96 | 309.24 | 3,175.91 | 0.00 | 9,668.81 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 02/15/2026 - 02/21/2026 | 0 | 0 | 76.93 | 692.37 | OASDI | 88.50 | 796.54 |
| Salary Wage | 02/15/2026 - 02/21/2026 | 40 | 34.6154 | 1,384.62 | 12,115.43 | Medicare | 20.70 | 186.29 |
| Vacation Pay | | | 0 | | 346.16 | Federal Withholding | 144.17 | 1,297.54 |
| | | | | | | State Tax - PA | 43.81 | 394.30 |
| | | | | | | SUI-Employee Paid - PA | 1.03 | 9.21 |
| | | | | | | City Tax - PHILA | 54.67 | 492.03 |
| Earnings | | | | 1,461.55 | 13,153.96 | Employee Taxes | 352.88 | 3,175.91 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 2.25 |
| Dental | 3.90 | 35.10 |
| Medical | 29.15 | 262.35 |
| Vision Care | 1.06 | 9.54 |
| Pretax Deductions | 34.36 | 309.24 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 2.70 | OASDI - Taxable Wages | 1,427.49 | 12,847.42 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.49 | 12,847.42 |
| | | | Federal Withholding - Taxable Wages | 1,427.49 | 12,847.42 |
| | | | State Tax Taxable Wages - PA | 1,427.49 | 12,847.42 |
| Employer Paid Benefits and Imputed Income | 0.30 | 202.70 | City Tax Taxable Wages - PHILA | 1,461.85 | 13,156.66 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Hours | 0 | 0 | 70 |
| Total Dependent Amount | 0 | | Sick Hours | 0.96 | 0 | 9.6 |
| Additional Withholding | 0 | | Vacation Hours | 0 | 0 | 110 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 1,074.31 | USD |



NBC Philadelphia Merchants    770 Cochituate Rd. Framingham, MA 01701
Richard Dang    1220 Federal St Philadelphia, PA 19147

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | | 02/22/2026 | 02/28/2026 | 03/06/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 1,461.55 | 34.36 | 352.87 | 0.00 | 1,074.32 |
| YTD | 390.00 | 14,615.51 | 343.60 | 3,528.78 | 0.00 | 10,743.13 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 02/22/2026 - 02/28/2026 | 0 | 0 | 76.93 | 769.30 | OASDI | 88.50 | 885.04 |
| Salary Wage | 02/22/2026 - 02/28/2026 | 40 | 34.6154 | 1,384.62 | 13,500.05 | Medicare | 20.70 | 206.99 |
| Vacation Pay | | | 0 | | 346.16 | Federal Withholding | 144.17 | 1,441.71 |
| | | | | | | State Tax - PA | 43.81 | 438.11 |
| | | | | | | SUI-Employee Paid - PA | 1.02 | 10.23 |
| | | | | | | City Tax - PHILA | 54.67 | 546.70 |
| Earnings | | | | 1,461.55 | 14,615.51 | Employee Taxes | 352.87 | 3,528.78 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 2.50 |
| Dental | 3.90 | 39.00 |
| Medical | 29.15 | 291.50 |
| Vision Care | 1.06 | 10.60 |
| Pretax Deductions | 34.36 | 343.60 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 3.00 | OASDI - Taxable Wages | 1,427.49 | 14,274.91 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.49 | 14,274.91 |
| | | | Federal Withholding - Taxable Wages | 1,427.49 | 14,274.91 |
| | | | State Tax Taxable Wages - PA | 1,427.49 | 14,274.91 |
| Employer Paid Benefits and Imputed Income | 0.30 | 203.00 | City Tax Taxable Wages - PHILA | 1,461.85 | 14,618.51 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | Floating Hours | 0 | 0 | 70 |
| Allowances | 0 | 0 | Sick Hours | 0.96 | 0 | 10.56 |
| Total Dependent Amount | 0 | | Vacation Hours | 0 | 0 | 110 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 1,074.32 | USD |



NBC Philadelphia Merchants    770 Cochituate Rd. Framingham, MA 01701
Richard Dang    1220 Federal St Philadelphia, PA 19147

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | | 03/01/2026 | 03/07/2026 | 03/13/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 1,461.55 | 34.36 | 352.87 | 0.00 | 1,074.32 |
| YTD | 430.00 | 16,077.06 | 377.96 | 3,881.65 | 0.00 | 11,817.45 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 03/01/2026 - 03/07/2026 | 0 | 0 | 76.93 | 846.23 | OASDI | 88.51 | 973.55 |
| Salary Wage | 03/01/2026 - 03/07/2026 | 40 | 34.6154 | 1,384.62 | 14,884.67 | Medicare | 20.69 | 227.68 |
| Vacation Pay | | | 0 | | 346.16 | Federal Withholding | 144.17 | 1,585.88 |
| | | | | | | State Tax - PA | 43.81 | 481.92 |
| | | | | | | SUI-Employee Paid - PA | 1.02 | 11.25 |
| | | | | | | City Tax - PHILA | 54.67 | 601.37 |
| Earnings | | | | 1,461.55 | 16,077.06 | Employee Taxes | 352.87 | 3,881.65 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 2.75 |
| Dental | 3.90 | 42.90 |
| Medical | 29.15 | 320.65 |
| Vision Care | 1.06 | 11.66 |
| Pretax Deductions | 34.36 | 377.96 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 3.30 | OASDI - Taxable Wages | 1,427.49 | 15,702.40 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.49 | 15,702.40 |
| | | | Federal Withholding - Taxable Wages | 1,427.49 | 15,702.40 |
| | | | State Tax Taxable Wages - PA | 1,427.49 | 15,702.40 |
| Employer Paid Benefits and Imputed Income | 0.30 | 203.30 | City Tax Taxable Wages - PHILA | 1,461.85 | 16,080.36 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | Floating Hours | 0 | 0 | 70 |
| Allowances | 0 | 0 | Sick Hours | 0.96 | 0 | 11.52 |
| Total Dependent Amount | 0 | | Vacation Hours | 0 | 0 | 110 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 1,074.32 | USD |



NBC Philadelphia Merchants   770 Cochituate Rd. Framingham, MA 01701
Richard Dang   1220 Federal St Philadelphia, PA 19147

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | | 03/08/2026 | 03/14/2026 | 03/20/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 30.00 | 1,461.56 | 34.36 | 352.90 | 0.00 | 1,074.30 |
| YTD | 460.00 | 17,538.62 | 412.32 | 4,234.55 | 0.00 | 12,891.75 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 03/08/2026 - 03/14/2026 | 0 | 0 | 76.93 | 923.16 | OASDI | 88.50 | 1,062.05 |
| Salary Wage | 03/08/2026 - 03/14/2026 | 30 | 34.6154 | 1,038.47 | 15,923.14 | Medicare | 20.70 | 248.38 |
| Vacation Pay | 03/08/2026 - 03/14/2026 | 10 | 34.6154 | 346.16 | 692.32 | Federal Withholding | 144.18 | 1,730.06 |
| | | | | | | State Tax - PA | 43.82 | 525.74 |
| | | | | | | SUI-Employee Paid - PA | 1.03 | 12.28 |
| | | | | | | City Tax - PHILA | 54.67 | 656.04 |
| Earnings | | | | 1,461.56 | 17,538.62 | Employee Taxes | 352.90 | 4,234.55 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 3.00 |
| Dental | 3.90 | 46.80 |
| Medical | 29.15 | 349.80 |
| Vision Care | 1.06 | 12.72 |
| Pretax Deductions | 34.36 | 412.32 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 3.60 | OASDI - Taxable Wages | 1,427.50 | 17,129.90 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.50 | 17,129.90 |
| | | | Federal Withholding - Taxable Wages | 1,427.50 | 17,129.90 |
| | | | State Tax Taxable Wages - PA | 1,427.50 | 17,129.90 |
| Employer Paid Benefits and Imputed Income | 0.30 | 203.60 | City Tax Taxable Wages - PHILA | 1,461.86 | 17,542.22 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Hours | 0 | 0 | 70 |
| Total Dependent Amount | 0 | | Sick Hours | 0.96 | 0 | 12.48 |
| Additional Withholding | 0 | | Vacation Hours | 0 | 10 | 100 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 1,074.30 | USD |



NBC Philadelphia Merchants    770 Cochituate Rd. Framingham, MA 01701
Richard Dang    1220 Federal St Philadelphia, PA 19147

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Richard Dang | NBC Philadelphia Merchants | | | 03/15/2026 | 03/21/2026 | 03/27/2026 | |

| | Hours Worked | Gross Pay | Pretax Deductions | Employee Taxes | Posttax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 1,461.55 | 34.36 | 352.88 | 0.00 | 1,074.31 |
| YTD | 500.00 | 19,000.17 | 446.68 | 4,587.43 | 0.00 | 13,966.06 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Shift Diff | 03/15/2026 - 03/21/2026 | 0 | 0 | 76.93 | 1,000.09 | OASDI | 88.51 | 1,150.56 |
| Salary Wage | 03/15/2026 - 03/21/2026 | 40 | 34.6154 | 1,384.62 | 17,307.76 | Medicare | 20.70 | 269.08 |
| Vacation Pay | | | 0 | | 692.32 | Federal Withholding | 144.17 | 1,874.23 |
| | | | | | | State Tax - PA | 43.81 | 569.55 |
| | | | | | | SUI-Employee Paid - PA | 1.02 | 13.30 |
| | | | | | | City Tax - PHILA | 54.67 | 710.71 |
| Earnings | | | | 1,461.55 | 19,000.17 | Employee Taxes | 352.88 | 4,587.43 |

| Pretax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| A D and D | 0.25 | 3.25 |
| Dental | 3.90 | 50.70 |
| Medical | 29.15 | 378.95 |
| Vision Care | 1.06 | 13.78 |
| Pretax Deductions | 34.36 | 446.68 |

| Employer Paid Benefits and Imputed Income | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Life | 0.30 | 3.90 | OASDI - Taxable Wages | 1,427.49 | 18,557.39 |
| HSA ER | 0.00 | 200.00 | Medicare - Taxable Wages | 1,427.49 | 18,557.39 |
| | | | Federal Withholding - Taxable Wages | 1,427.49 | 18,557.39 |
| | | | State Tax Taxable Wages - PA | 1,427.49 | 18,557.39 |
| Employer Paid Benefits and Imputed Income | 0.30 | 203.90 | City Tax Taxable Wages - PHILA | 1,461.85 | 19,004.07 |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Floating Hours | 0 | 0 | 70 |
| | | | Sick Hours | 0.96 | 0 | 13.44 |
| Total Dependent Amount | 0 | | Vacation Hours | 0 | 0 | 100 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bancorp Bank, N.A. | Chime | ******4384 | | 1,074.31 | USD |