Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Richard Dang
1220 Federal Street
Philadelphia, PA 19147

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 26-11368-AMC**

Petition Filed Date: 04/01/2026
341 Hearing Date: 05/15/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2026 | $100.00 | | 06/08/2026 | $100.00 | | 07/08/2026 | $121.00 | |

**Total Receipts for the Period: $321.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $442.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | KEYBANK N.A.<br>»» 001 | Unsecured Creditors | $11,530.36 | $0.00 | $0.00 |
| 2 | KEYBANK N.A.<br>»» 002 | Unsecured Creditors | $11,762.27 | $0.00 | $0.00 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 003 | Unsecured Creditors | $2,380.83 | $0.00 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 004 | Secured Creditors | $649.30 | $0.00 | $0.00 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $5,911.59 | $0.00 | $0.00 |
| 6 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 006 | Unsecured Creditors | $372.45 | $0.00 | $0.00 |
| 7 | US BANK NA<br>»» 007 | Unsecured Creditors | $11,962.18 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11368-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $442.00 | Current Monthly Payment: | $121.00 |
| Paid to Claims: | $0.00 | Arrearages: | $21.00 |
| Paid to Trustee: | $34.04 | Total Plan Base: | $4,335.00 |
| Funds on Hand: | $407.96 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.