United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11368-amc
Richard Dang Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 10, 2026 Form ID: 155 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Dang, 1220 Federal Street, Philadelphia, PA 19147-4518 |
| 15174437 | | Capital One Auto Finance, a division of Capital On, PO Box 661381, Dallas,TX 75266-1381 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15123428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2026 02:44:36 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15123429 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:44:32 | Capital One Auto Finance, c/o AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15124585 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:44:27 | Capital One Auto Finance, a division of, Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15124324 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:44:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15139508 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2026 02:44:26 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15123430 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2026 02:44:32 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15123431 | + | Email/Text: mrdiscen@discover.com | Sep 11 2026 02:38:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15135667 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 11 2026 02:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15123433 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 11 2026 02:39:00 | Keybank N.A, Attn: Bankruptcy Dept, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 15123432 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 11 2026 02:39:00 | Keybank N.A, Attn: Bankruptcy Dept, 127 Public Square, Cleveland, OH 44114-1217 |
| 15143001 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 11 2026 02:39:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15123434 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2026 02:39:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15141207 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2026 02:39:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 15123435 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 11 2026 02:39:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, |

| | | | |
|---|---|---|---|
| | | | P.O. Box 9004, Melville, NY 11747-9004 |
| 15152900 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 11 2026 02:39:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Richard Dang help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Richard Dang | ) | Case No. 26−11368−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 9, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court